**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE ROBERTO ASENCIO, | ) | NO. CV 09-9328-GAF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 23, 2010.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE